UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-213

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DONALD DODT,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Consent Motion for Issuance of Rule 17 Subpoena *Duces Tecum*. The court notes that defendant has consulted with and the government has consented to this motion. Further, the Court finds that such materials are necessary for the preparation of an adequate defense and that such should be served at government expense inasmuch as defendant is indigent. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Consent Motion for Issuance of Rule 17 Subpoena *Duces Tecum* (#189) is **GRANTED** and such subpoena shall be served by the United States Marshal at government expense upon non-party Onvoy, LLC.

Signed: June 14, 2018

Max O. Cogburn Jr.
United States District Judge