UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-CR-00213-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **DONALD DODT,** | ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant Donald Dodt's Motion for Early Production of Material Subject to the Jencks Act. Having considered Defendant Donald Dodt's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant Donald Dodt's Motion for Early Production of Material Subject to the Jencks Act (#237) is **DENIED** as there is no statutory or other lawful basis for compelling early production.

Signed: January 14, 2019

Max O. Cogburn Jr.
United States District Judge