UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-CR-00213-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DONALD DODT,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant Donald Dodt's Motion to Sequester Witnesses. Having considered Defendant Donald Dodt's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant Donald Dodt's Motion to Sequester Witnesses (#232) is **GRANTED in part and DENIED in part,** and witnesses will be sequestered in the manner that will be discussed at the commencement of trial.

Signed: January 14, 2019

Max O. Cogburn Jr
United States District Judge

1