UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-213-MOC-DSC-13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DONALD DODT,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Unopposed Motion for Issuance of Rule 17 Subpoena *Duces Tecum*, (#356), in which defendant Dodt states that he intends to join in the motion for issuance of the subpoena that the Court has already granted to co-defendant Saxon. (#341) The motion is granted, and Defendant Dodt shall be allowed access to the documents produced in response to the subpoena.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Unopposed Motion for Issuance of Rule 17 Subpoena *Duces Tecum*, (#356) is **GRANTED** in accordance with this order.

Signed: May 17, 2019

Max O. Cogburn Jr.
United States District Judge

-1-