# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15cr213-MOC-DCK-13

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DONALD DODT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion. The Amended Indictment was inadvertently filed as sealed. The Clerk is instructed to unseal the Amended Indictment in Docket No. 380.

**IT IS SO ORDERED**.

Signed: June 7, 2019

Max O. Cogburn Jr.
United States District Judge

1