UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-CR-213-MOC-DSC-13

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DONALD DODT,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Renewed Motion for Judgment of Acquittal. (#393).

The parties are notified that the Court will hold a hearing on the limited issue in the pending motion of the jury's verdict related to the charge against Defendant under 18 U.S.C. § 2326. The hearing shall be held on Thursday, August 15, 2019, at 9:30 in Charlotte, with a notice of the hearing forthcoming.

Signed: July 31, 2019

Max O. Cogburn Jr
United States District Judge