# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                                           CASE NUMBER: 3:15CR213-13

Donald Dodt

THIS MATTER is before the Court sua sponte.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshalls service is hereby ORDERED to transport and produce the body of Defendant, Donald Dodt (USM# 33879-058), for a resentencing hearing before the Honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than March 18, 2022, and upon completion of the resentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation office.

IT IS SO ORDERED.

Signed: January 28, 2022

*[Signature]*
Max O. Cogburn Jr.
United States District Judge